UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEPHEN GLENN VILLARD,**

    **Plaintiff,**

**v.**        Case No: 6:17-cv-1429-Orl-41GJK

**CAPELLA UNIVERSITY,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 10). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 22), recommending that the Court grant the motion, dismiss the complaint without prejudice, and permit Plaintiff to file an amended complaint.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**.

3. The Complaint (Doc. 2) is **DISMISSED without prejudice**.

4. **On or before May 21, 2018**, Plaintiff may file an amended complaint.

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2018.



Copies furnished to:

Counsel of Record
Unrepresented Party